IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHELLE GRANT WILSON,                         *

                        Plaintiff,             *

v.                                             Case No.    5:22-cv-00273-CHW

                                               *

COMMISSIONER OF SOCIAL SECURITY,               *

                        Defendant.             *

                                               *

## J U D G M E N T

Pursuant to this Court's Order dated August 21, 2023, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

 This 22nd day of August, 2023.

.

                        David W. Bunt, Clerk


                        s/ Shabana Tariq, Deputy Clerk